UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit corporation, and
DENISE PAYNE, individually,

          Plaintiffs,

v.

CENTERPOINT DEVELOPMENT
COMPANY, LLC, a Michigan Corporation,

          Defendant.

_____/

Case No. 1:08-cv-1059

Hon Janet T. Neff

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court
held in the Federal Building
in Grand Rapids, Michigan on:

_____

PRESENT: HON. _____
                         U.S. DISTRICT JUDGE

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated July 20, 2009 ( the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1.    This action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party except as provided in the Settlement Agreement.

2.    The Court retains jurisdiction over this matter to enforce the terms of the Settlement Agreement.

 

_____
U.S. DISTRICT JUDGE

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

*Counsel for Plaintiffs:*

\s\ Owen B Dunn Jr.
Owen B. Dunn, Jr. (P66315)
Law Office of Owen B. Dunn, Jr.
520 Madison Ave., Suite 330
Toledo, OH 43604
(419) 241-9661
dunnlawoffice@sbcglobal.net

*Counsel for Defendant:*

\s\ Mark A. Stern
Mark A. Stern (P36812)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7568
mstern@honigman.com

DETROIT.3743518.1